IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kathleen Stovash, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11 C 99 |
| | ) | |
| Credit Control, LLC, a Missouri limited | ) | Judge Manning |
| liability company, | ) | |
|     Defendant. | ) | |

NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby voluntarily dismisses her claims against the Defendant, with prejudice.

Dated: February 8, 2011

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2011, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on February 8, 2011.

Credit Control, LLC
c/o Nathan D. Sturycz
Husch Blackwell Sanders LLP
190 Carondelet Plaza
Suite 600
St. Louis, Missouri 63105

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com