## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Kathleen Stovash
                        Plaintiff,

v.                                               Case No.: 1:11−cv−00099
                                                           Honorable Blanche M. Manning

Credit Control, LLC
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 10, 2011:

      MINUTE entry before Honorable Blanche M. Manning: Plaintiff, pursuant to F.R.C.P. Rule 41, hereby voluntarily dismisses her claims against the defendant, with prejudice. Status hearing set to 4/7/2011 is stricken. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.